Harvey B. Gaines, appellant, v. Isaac Gitelson, appellee. Gen. No. 31,527.

Action for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed November 23, 1927.

Cochrane & George, for appellant. Ira Lasker and Benjamin S. Leiser, for appellee; Harry F. Brewer, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Edward J. Rouille, by Charles Rouille, appellee, v. Riverview Park Company, appellant. Gen. No. 31,674.

Horace G. Gurley, by Jennie T. Gurley, appellee, v. Riverview Park Company, appellant. Gen. No. 31,675.

Action for assault. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Murphy O. Tate and Helmer, Moulton, Whitman & Holton, for appellants; Eugene P. Kealy, of counsel. James C. McShane, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

John M. Smyth et al., trading as John M. Smyth Trust Estate, appellants, v. M. Hernreich, appellee. Gen. No. 31,690.

Action for rent. Appeal by plaintiffs from partial judgment in their favor. Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed November 23, 1927.

McCulloch & McCulloch, for appellants; Hathorn W. McCulloch, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Martin Potokar, appellee, v. Niagara Athletic Club, appellant. Gen. No. 31,709.

Action to recover on oral contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 9, 1927.

John H. Buck and Rankin & Lustfield, for appellant; Ode L. Rankin, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Leopold Stancato, appellee, v. Chicago Business Men's Racing Association, appellant. Gen. No. 31,720.

Louise Iannoma, appellee, v. Chicago Business Men's Racing Association, appellant. Gen. No. 31,721.

Giacomo Ardita et al., appellees, v. Chicago Business Men's Racing Association, appellant. Gen. No. 31,722.

Harry Stancato, administrator, appellee, v. Chicago Business Men's Racing Association, appellant. Gen. No. 31,723.

Action for damage from dumping rubbish into stream. Judgment for plaintiffs. See 246 Ill. App. 464. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed November 23, 1927. Rehearing denied November 30, 1927.

Charles H. Soelke and Albert Sabath, for appellants; Charles Hudson, of counsel. Harry O. & Magnus B. Rosenberg, for appellees; Millard C. Eiseman, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Ludie Cottle and William Cottle, appellees, v. Charles B. Travis, appellant. Gen. No. 31,729.

Action to recover damages sustained on breach of realty sales contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Louis P. Piquett, for appellant. Charles A. Wilson, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Folta, plaintiff in error. Gen. No. 31,304.

Prosecution for embezzlement. Conviction of petit larceny. Error to the Criminal Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 10, 1927.

Maximilian J. St. George, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Lee R. LaRochelle and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

The Garrett Biblical Institute, appellee, v. Franklin Fire Insurance Company, appellant. Gen. No. 31,662.

Action to recover fire insurance rebate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 10, 1927.

Stephen A. Cross and E. L. Snider, for appellant. Butler, Lamb, Foster & Pope, for appellee; Arvid B. Tanner, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

Industrial Glass Company, appellant, v. George A. Kelso, appellee. Gen. No. 31,681.

Action for building material furnished. Appeal from order setting aside default judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the